```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  MEGAN T. HOPKINS, Bar # 294141
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, CA  93721-2226
    Telephone: (559) 487-5561
 5  Fax: (559) 487-5950

 6  Attorneys for Defendant
    COVONDANAY SHON GUTIERREZ
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:14-mj-00020-MJS |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE HEARING AND FOR DEFENDANT TO APPEAR BY** |
| vs. | ) ) | **VIDEO CONFERENCE; ORDER** |
| COVONDANAY SHON GUTIERREZ, | ) ) | Date:  September 1, 2015 Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULAT**ED by and between the parties hereto through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer, counsel for the government, and MEGAN T. HOPKINS, Assistant Federal Defenders, counsel for the defendant, COVONDANAY SHON GUTIERREZ, that the date for revocation proceedings in this matter may be continued to September 1, 2015, or the soonest date thereafter that is convenient to the court.  **The date currently set for the initial appearance on revocation proceedings is August 5, 2015.  The requested new date is September 1, 2015, at 10:00 a.m.**

The parties also stipulate and thereby jointly move this Court to permit the defendant, COVONDANAY SHON GUTIERREZ, to waive his right to be personally present at his probation violation hearing, and instead appear by video teleconference from a United States District Court in the District of Georgia.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2). Mr. Gutierrez was charged with speeding, driving on a suspended license, fraudulent registration,

1  no registration on vehicle, no insurance for vehicle, altered plate and driving on suspended license.
2  This is Mr. Gutierrez's first request for a waiver of appearance.
3      Mr. Gutierrez is currently living out of his car in Atlanta, Georgia, and is unable to travel
4  back to Yosemite.  It would pose a considerable hardship for him to return to Yosemite.  Mr.
5  Gutierrez requests that the Court accept his waiver of his right to be personally present at this
6  hearing.  Mr. Gutierrez agrees that his interests shall be represented at all times by the presence
7  of his attorney of record, the Office of the Federal Defender for the Eastern District of California,
8  the same as if he were personally present.

                                        Respectfully submitted,

                                        BENJAMIN J. WAGNER
                                        United States Attorney

Dated:  August 4, 2015              */s/ Matthew McNease*
                                        MATTHEW McNEASE
                                        Acting Legal Officer
                                        National Park Service
                                        Yosemite National Park


Dated:  August 4, 2015              HEATHER E. WILLIAMS
                                        Federal Defender


                                        */s/  Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        COVONDANAY SHON GUTIERREZ

**O R D E R**

Good cause appearing, the above stipulation to continue hearing and for defendant to appear via video teleconference in case No. 6:14-mj-00020-MJS is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   August 5, 2015              */s/ Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE