HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
COVONDANAY GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:14-mj-00020-MJS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE SELF-SURRENDER DATE; ORDER |
| COVONDANAY GUTIERREZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Covondanay Gutierrez, that Mr. Gutierrez's self-surrender date be continued from October 30, 2015, to November 28, 2015.

On October 6, 2015, this Court revoked Mr. Gutierrez's probation and sentenced him to serve ten days in custody, with credit for one day of time served.  The Court authorized Mr. Gutierrez to serve the time on weekends, so Mr. Gutierrez could avoid missing work.

Defense counsel has since learned that the Bureau of Prisons does not permit intermittent confinement unless such confinement is ordered as a condition of probation.  In this case, because the Court did not impose the custody time as a condition of probation, the Bureau of Prisons will not honor the Court's recommendation that Mr. Gutierrez serve the time on the weekends.

1  In light of this development, Mr. Gutierrez requests that the Court continue his self-
2  surrender date so that Mr. Gutierrez can make arrangements to miss one week of work.

Respectfully submitted,

Date: October 22, 2015     */s/ Matthew McNease*
MATTHEW MCNEASE
Yosemite Legal Officer
Counsel for the Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 22, 2015     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
COVONDANAY GUTIERREZ

# O R D E R

**IT IS SO ORDERED.** Mr. Gutierrez's self-surrender date is hereby continued from October 30, 2015, to November 28, 2015. Mr. Gutierrez shall surrender to the institution designated by the Bureau of Prisons on that date, in accordance with the instructions of the United States Marshal Service.

IT IS SO ORDERED.

Dated:   October 22, 2015            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE