1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  COVONDANAY GUTIERREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )  Case No. 6:14-mj-00020-MJS
12              Plaintiff,             )
                                       )  STIPULATION TO CONTINUE SELF-
13  vs.                                )  SURRENDER DATE; ORDER
                                       )
14  COVONDANAY GUTIERREZ,              )
                                       )
15              Defendant.             )
                                       )
16  _____)

17     **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for defendant Covondanay Gutierrez, that Mr. Gutierrez's

20  self-surrender date be continued from November 28, 2015, to January 11, 2016.

21     On October 6, 2015, this Court revoked Mr. Gutierrez's probation and sentenced him to

22  serve ten days in custody, with credit for one day of time served.  The Court authorized Mr.

23  Gutierrez to serve the time on weekends, so Mr. Gutierrez could avoid missing work, and

24  ordered him to self-surrender on October 30, 2015.  Defense counsel subsequently learned that

25  the Bureau of Prisons would not honor the Court's recommendation that Mr. Gutierrez serve the

26  time on the weekends.  On October 22, 2015, the parties filed a stipulation requesting that the

27  Court continue Mr. Gutierrez's self-surrender date to allow him time to make arrangements to

28  miss work.  The Court granted the parties' request and continued Mr. Gutierrez's self-surrender

1  date to November 28, 2015.

2       Since the Court granted the parties' request, Mr. Gutierrez has been actively working

3  with his employer to take time off so that he can serve the nine days as ordered by the Court.

4  However, Mr. Gutierrez's employer has now indicated that Mr. Gutierrez cannot have the time

5  off in late November because his employer needs him to be working around the holiday season,

6  particularly in the days surrounding Black Friday.  Mr. Gutierrez will also have difficulty getting

7  time off from work in December due to the holiday season.  Therefore, Mr. Gutierrez requests

8  that the Court continue his self-surrender date to January 11, 2016, so that he can serve his time

9  without losing his job.

10

11                    Respectfully submitted,

12

13  Date: November 10, 2015             */s/ Matthew McNease*_____

                                  MATTHEW MCNEASE

14                                  Yosemite Legal Officer

                                Counsel for the Plaintiff

15

16                                  HEATHER E. WILLIAMS

                                Federal Defender

17

18  Date: November 10, 2015             */s/ Erin Snider*_____

                                  ERIN SNIDER

19                                  Assistant Federal Defender

                                Attorney for Defendant

20                                  COVONDANAY GUTIERREZ

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

# <u>O R D E R</u>

2

      **IT IS SO ORDERED.**  Mr. Gutierrez's self-surrender date is hereby continued from

3

November 28, 2015, to January 11, 2016.  Mr. Gutierrez shall surrender to the institution

4

designated by the Bureau of Prisons on that date, in accordance with the instructions of the

5

United States Marshal Service.

6

7

IT IS SO ORDERED.

8

9

    Dated:   November 10, 2015         /s/ *Michael J. Seng*

10

                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28