1 | HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2 | ERIN SNIDER, CA SBN #304781
    Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
    Fresno, CA  93721-2226
4 | Telephone: (559) 487-5561
    Fax: (559) 487-5950

Attorney for Defendant
COVONDANAY GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 6:14-mj-00020-MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND JUDGMENT; |
| vs. | ) | ORDER |
| | ) | |
| COVONDANAY GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Covondanay Gutierrez, that Mr. Gutierrez's judgment be amended with the weekend custody order be deleted so Mr. Gutierrez can serve his time all at once.

Defense initially requested the weekend commitment order to accommodate Mr. Gutierrez's employment schedule.  His employment schedule has since changed, making it much better for his employment if he would turn himself in on today's date, November 13, 2015, and serve the balance of his custody time at the point forwarded, without the weekend order.  The government has no objection to this requested modification.

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | Date: November 13, 2015 | */s/ Matthew McNease* |
| 4 |  | MATTHEW MCNEASE<br>Yosemite Legal Officer<br>Counsel for the Plaintiff |
| 5 |  |  |
| 6 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 7 |  |  |
| 8 | Date: November 13, 2015 | */s/ Erin Snider* |
| 9 |  | ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant |
| 10 |  | COVONDANAY GUTIERREZ |

**O R D E R**

**Good cause appearing,** the judgment in Case No. 6:14-mj-00020-MJS is modified as follows:   Mr. Gutierrez shall turn himself into the U.S. Marshal's Office today, November 13, 2015, and remain in custody continuously until his custody sentence has been served.

IT IS SO ORDERED.

Dated:   November 13, 2015          /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE